IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* MICHAEL BAIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SMITH & NEPHEW, INC., *et al.*, <br><br> Defendants. | CASE NO.: 19 Civ. 01010 (AT) <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> False Claims Act, 31 U.S.C. § 3729, *et seq.* |

2295951.1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs-Relators Michael Bain and Michael Fordiani, by and through undersigned counsel, hereby voluntarily dismiss all claims against Defendants without prejudice. The United States and the Named States consent to the dismissal without prejudice as to themselves.

Dated:  September 1, 2021

Respectfully submitted,

By: _____
Rachel Geman

Rachel Geman (RG 0998)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
rgeman@lchb.com

SO ORDERED.

Dated: September 2, 2021
        New York, New York

ANALISA TORRES
United States District Judge

Brian Krauss (*pro hac vice* to be filed)
Daniel Ocasio (*pro hac vice* to be filed)
THE BRIAN KRAUSS LAW FIRM, LLP
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 618-4598
docasio@whistleblowersinternational.com

*Attorneys for Plaintiffs-Relators*

- 1 -

## CERTIFICATE OF SERVICE

I certify that on September 1, 2021, a true and correct copy of the NOTICE OF VOLUNTARY DISMISSAL was filed under seal with the Clerk of the Court and a copy was sent to the following.

Rachael L. Doud
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
RDoud@usa.doj.gov

*Attorney for United States*

Kevin C. Davis
Deputy Attorney General
California Department of Justice
2329 Gateway Oaks Dr Ste 200
Sacramento, CA 95833-4252
kevin.davis@doj.ca.gov

Anthony Giacobbe
New York State Office of the Attorney General
28 Liberty St
New York, New York 10005
Anthony.Giacobbe@ag.ny.gov

*Attorneys for the States*

Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the defendants since this case is still under seal.

By: _____
Rachel Geman

- 2 -